[Nos.  17826-5-II; 17833-8-II.   Division Two.   February 23, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. SUSAN L. GALLAGHER, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER S. GALLAGHER, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, Nos. 92-1-00371-1, 92-1-00372-9, David R. Draper, J., entered November 30, 1993. *Affirmed* by unpublished

opinion per Bridgewater, J., concurred in by Seinfeld, C.J., and Morgan, J.